# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**IN RE: JOHN TAN DOMANTAY**

**JOHN TAN DOMANTAY**

    **Appellant,**

**v.**                                                                  **Case No. 8:09-cv-546-T-JSM**

**UNITED STATES OF AMERICA, acting by and through the Secretary of Veterans Affairs,**

    **Appellee.**
_____/

## ORDER

THIS CAUSE comes before the Court upon notice of United States Bankruptcy Judge Caryl E. Delano's Order Dismissing Notice of Appeal (Dkt. 5). On March 27, 2009, Judge Delano entered an Order denying Appellant's motion to proceed on appeal without prepayment of fees and providing Appellant with ten (10) days to pay the requisite filing fee. Appellant failed to pay the requisite fee, which resulted in Judge Delano's dismissal of his Notice of Appeal.

It is therefore ORDERED AND ADJUDGED that:

1.    This appeal is **DISMISSED** for failure to pay the requisite filing fee.[1]

---

[1] Federal Rule of Bankruptcy Procedure 8001(a) requires an appellant's notice of appeal to be accompanied by the prescribed fee.

2. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 6, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-546.dismissal.frm